AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Palmetto Design Associates Inc., <br> *Plaintiff* <br> v. <br> BG Framing Co. Inc., BVBC Financial Group Inc., and Accident Insurance Company Inc., <br> *Defendants* | Civil Action No.    0:20-4234-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ other: the plaintiff, Palmetto Design Associates Inc., shall take nothing of the defendant, Accident Insurance Company Inc., as to the plaintiff's sixth cause of action alleging SCUTPA and this claim is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendant, Accident Insurance Company Inc.'s  motion to dismiss.

Date:   March 24, 2022                                                         *CLERK OF COURT*

                                                                                                              s/Angie Snipes

                                                                                              *Signature of Clerk or Deputy Clerk*